UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELI LILLY AND COMPANY,

Plaintiff(s),

v.

AIOS INC d/b/a FELLA HEALTH AND DELILAH, FELLA MEDICAL GROUP P.A., FELLA MEDICAL GROUP P.C.,

Defendant(s).

Case No. 4:25-cv-03535-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER** (CIVIL LOCAL RULE 11-3)

I, Tasha Francis Gerasimow, an active member in good standing of the bar of Illinois, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Eli Lilly and Company in the above-entitled action. My local co-counsel in this case is Yungmoon Chang, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 311673.

333 West Wolf Point Plaza, Chicago, Illinois 60654
MY ADDRESS OF RECORD

(312) 862-2384
MY TELEPHONE # OF RECORD

tasha.gerasimow@kirkland.com
MY EMAIL ADDRESS OF RECORD

2049 Century Park East, Ste 37th Floor
Los Angeles, California 90067
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(310) 552-4359
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

yungmoon.chang@kirkland.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6334781.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court ___1___ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 6/20/2025

*Tasha Francis Gerasimow*
APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Tasha Francis Gerasimow is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 6/23/2025

*Haywood S. Gill Jr.*
UNITED STATES DISTRICT JUDGE

# Certificate of Admission To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Tasha Mary Francis Gerasimow

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 07/16/2020 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 16th day of June, 2025.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois