1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

9  ELI LILLY AND COMPANY,

10          Plaintiff,

11  v.

12  AIOS INC d/b/a FELLA HEALTH AND
    DELILAH, FELLA MEDICAL GROUP,
13  P.A., FELLA MEDICAL GROUP P.C.,

14          Defendants.

Case No.: 4:25-cv-03535-HSG

**JOINT STIPULATION TO EXTEND CASE MANAGEMENT SCHEDULE ORDER**

Judge: Haywood S. Gilliam
Complaint Filed: 04/23/2025
Current CMC date: 8/5/2025
Time: 2:00 PM

15
16
17
18
19
20
21
22
23
24
25
26
27
28

Having reviewed and considered the Parties' Joint Stipulation, and finding good cause therein, the Court orders as follows:

1. The Parties shall have until September 11, 2025, to meet and confer pursuant to Rule 26(f).
2. The Parties shall have until September 25, 2025, to serve and file their ADR Certification.
3. The Parties shall have until September 25, 2025, to make initial disclosures pursuant to Rule 26(a)(1).
4. The Parties shall have until September 25, 2025, to file their Joint Case Management Statement.
5. The case management conference scheduled for August 5, 2025 at 2:00 p.m. shall be continued to October 2, 2025 at 2:00 p.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: 7/10/2025

_____
Honorable Haywood S. Gilliam, Jr.
United States District Judge