UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELI LILLY and COMPANY,

Plaintiff(s),

v.

AIOS INC d/b/a FELLA HEALTH AND DELILAH, FELL MEDICAL GROUP P.A., FELLA MEDICAL GROUP P.C.,

Defendant(s).

Case No. 4:25-cv-03535- HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Amani Kmeid, an active member in good standing of the bar of Massachusetts, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Defendants AIOS INC. et al in the above-entitled action. My local co-counsel in this case is Micah A. Chavin, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 313634.

FOLEY & LARDNER LLP, 111 Huntington Avenue, Suite 2500, Boston, MA 02199
MY ADDRESS OF RECORD

FOLEY & LARDNER LLP, 555 California Street, Suite. 1700, San Francisco, CA 94104-1520
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(617) 342-4000
MY TELEPHONE # OF RECORD

(415) 434-4484
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

AKmeid@foley.com
MY EMAIL ADDRESS OF RECORD

micah.chavin@foley.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 711302 (MA).

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court zero times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 24, 2025

/s/ Amani Kmeid
APPLICANT
Amani Kmeid

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Amani Kmeid is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 7/24/2025

_____
UNITED STATES DISTRICT JUDGE

# The Commonwealth of Massachusetts
## SUPREME JUDICIAL COURT
### CLERK'S OFFICE FOR THE COUNTY OF SUFFOLK
JOHN ADAMS COURTHOUSE
ONE PEMBERTON SQUARE, SUITE 1300
BOSTON, MASSACHUSETTS 02108-1707
WWW.MASS.GOV/COURTS

**ALLISON S. CARTWRIGHT**
CLERK

Telephone:
(617) 557-1100

General Email:
sjccountyclerk@sjc.state.ma.us

Bar Admission Email:
sjc.mass.bar.admission@jud.state.ma.us

July 22, 2025

Attorney Amani S. Kmeid
Amani Kmeid
111 Huntington Ave Suite 2500
Boston , MA  2199
AKmeid@foley.com

**IN RE:**      **CERTIFICATE OF ADMISSION AND GOOD STANDING**

Enclosed please find the Certificate of Admission and Good Standing for Commonwealth of Massachusetts Attorney **Amani S. Kmeid .**  The certificate provides certification of the attorney's date of admission and current good standing at the Bar of the Commonwealth of Massachusetts.

If you have any questions or should need further assistance, please do not hesitate to contact the Attorney Services Department at either sjccertsgs@sjc.state.ma.us or 617-557-1050.

Very truly yours,

*Allison S. Cartwright*

Allison S. Cartwright, Clerk
Supreme Judicial Court for the County of Suffolk

ASC/jr
Clearance:  07/22/2025 07.21.2025
Enclosures

2025.01_Amended:Version2025.01.01

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on **November 15, 2022**, said Court being the highest Court of Record in said Commonwealth:

## Amani S. Kmeid

being found duly qualified in that behalf, and having taken and subscribed

the oaths required by law, was admitted to practice as an Attorney, and, by virtue

thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth:

that said Attorney is at present a member of the Bar, and is in good standing

according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the

seal of said Court, this **twenty-second** day of **July**

in the year of our Lord **two thousand and twenty-five.**



ALLISON S. CARTWRIGHT, CLERK

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification. X3116.

Amended January 2022, effective February 2022 for digital and/or electronic attestation for the Supreme Judicial Court for Suffolk County