UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELI LILLY AND COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>AIOS, INC., et al.,<br><br>    Defendants. | Case No. 25-cv-03535-HSG<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF**<br><br>Re: Dkt. No. 68 |

Having considered the parties' arguments, the Court in its discretion **GRANTS** the California Medical Association's motion for leave to file an amicus brief in support of the opposition to the pending motion to dismiss. Dkt. No. 68. The Court will consider the amicus brief, to the extent relevant and persuasive, alongside the briefing on the motion to dismiss. The California Medical Association shall file its amicus brief as a separate entry on the docket by August 29, 2025.

**IT IS SO ORDERED.**

Dated: 8/27/2025

HAYWOOD S. GILLIAM, JR.
United States District Judge