UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AHMED JAMAL,

               Plaintiff,

     v.

DODGE & COX, et al.,

           Defendants.

Case No.  25-cv-01675-HSG

**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE**

Pursuant to Local Rule 72-1, this matter is referred to Magistrate Judge Ajay S. Krishnan for settlement.  The parties will be advised of the date, time, and place of the next appearance by notice from Judge Krishnan.

**IT IS SO ORDERED.**

Dated:

_____

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California