# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELI LILLY AND COMPANY<br><br>Plaintiff,<br><br>vs.<br><br>AIOS INC d/b/a FELLA HEALTH AND DELILAH, FELLA MEDICAL GROUP P.A., FELLA MEDICAL GROUP P.C.,<br><br>Defendants. | Case No. 4:25-cv-03535-HSG<br><br>**ORDER GRANTING JOINT STIPULATION TO MODIFY RESPONSIVE PLEADING DEADLINE**<br><br>Complaint Filed: April 23, 2025<br><br>Case Management Conference: May 6, 2026, 2:00 p.m.<br><br>Hon. Judge Haywood S. Gilliam, Jr. |

The Court, having reviewed the Parties' Joint Stipulation, finds good cause and hereby **ORDERS** that:

1.  Defendants shall have until May 18, 2026 to answer or otherwise respond to the then-operative complaint, including by filing a motion to dismiss.

2.  Should Defendants move to dismiss the amended complaint, Plaintiffs shall have until June 17, 2026 to respond to Defendants' motion to dismiss.

3.  Defendants shall have until July 2, 2026 to file a reply in support of their motion to dismiss.

**IT IS SO ORDERED.**

DATED:   4/6/2026

_____
Hon. Judge Haywood S. Gilliam, Jr.
United States District Judge