David I. Horowitz (S.B.N. 248414)
Yungmoon Chang (S.B.N. 311673)
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
Telephone: (310) 552-4200
dhorowitz@kirkland.com
yungmoon.chang@kirkland.com

Additional Counsel Listed on Signature Page
*Attorneys for Plaintiff Eli Lilly and Company*

[Counsel for Defendants *Aios, Inc. d/b/a Fella
Health and Delilah, Fella Medical Group
P.A., and Fella Medical Group P.C.*
identified in Signature Block Below]

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELI LILLY AND COMPANY,<br><br>            Plaintiff,<br><br>      vs.<br><br>AIOS INC d/b/a FELLA HEALTH AND DELILAH, FELLA MEDICAL GROUP P.A., AND FELLA MEDICAL GROUP P.C.,<br><br>            Defendants. | ) CASE NO. 4:25-cv-03535-HSG<br>)<br>) **JOINT STIPULATION TO CONTINUE**<br>) **HEARING RE DEFENDANTS' MOTION**<br>) **TO DISMISS**<br>) **AMENDED COMPLAINT (DKT. 100)**<br>)<br>) Date: July 16, 2026<br>) Time: 2:00 p.m.<br>)<br>) Complaint Filed: April 23, 2025<br>)<br>) Hon. Judge Haywood S. Gilliam, Jr.<br>) |

1

**JOINT STIPULATION TO CONTINUE HEARING**          **CASE NO. 4:25-CV-03535-HSG**
**RE DEFENDANTS' MOTION TO DISMISS**

Plaintiff Eli Lilly and Company ("Lilly") and Defendants Aios Inc. d/b/a Fella Health and Delilah, Fella Medical Group P.A., and Fella Medical Group P.C. (collectively, "Defendants," and together with Lilly, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, on or about May 18, 2026, Defendants filed a Motion to Dismiss Plaintiff's Amended Complaint (Dkt. 100), and a hearing on the Motion is currently scheduled to be held before this Court on July 16, 2026;

**WHEREAS**, the Parties are engaged in productive settlement discussions and believe that continued negotiations may obviate the need for judicial resolution of the pending Motion;

**WHEREAS**, the Parties respectfully submit that a brief continuance of the hearing will alleviate potentially unnecessary burden on the Court and the Parties and preserve the status quo;

**THEREFORE, THE PARTIES AGREE** and respectfully request that the Court enter an order continuing the hearing on Defendants' Motion to Dismiss Plaintiff's Amended Complaint (Dkt. 100) by approximately four to six weeks from the currently scheduled date, or to such other date as is convenient for the Court.

**THE PARTIES SO STIPULATE.**

JOINT STIPULATION TO CONTINUE HEARING            CASE No. 4:25-CV-03535-HSG
RE DEFENDANTS' MOTION TO DISMISS

Dated: July 14, 2026

Respectfully submitted,

*/s/ David I. Horowitz*
David I. Horowitz

David I. Horowitz (S.B.N. 248414)
Yungmoon Chang (S.B.N. 311673)
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
Telephone: (310) 552-4200
dhorowitz@kirkland.com
yungmoon.chang@kirkland.com

James F. Hurst (*pro hac vice*)
Diana M. Watral (*pro hac vice*)
James R.P. Hileman (*pro hac vice*)
Nicholas M. Ruge (*pro hac vice*)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000
james.hurst@kirkland.com
diana.watral@kirkland.com
jhileman@kirkland.com
nicholas.ruge@kirkland.com

Gregg F. LoCascio (*pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5290
glocascio@kirkland.com

Joshua L. Simmons (*pro hac vice*)
Jeanna M. Wacker (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
joshua.simmons@kirkland.com
jeanna.wacker@kirkland.com

*Attorneys for Plaintiff*
*ELI LILLY AND COMPANY*

3

**JOINT STIPULATION TO CONTINUE HEARING**      CASE NO. 4:25-CV-03535-HSG
**RE DEFENDANTS' MOTION TO DISMISS**

Dated: July 14, 2026

Respectfully submitted,

*/s/ Micah A. Chavin*
Micah A. Chavin

Micah A. Chavin (S.B.N. 313634)
FOLEY & LARDNER LLP
One Market Plaza
55 Spear Street Tower, Suite 1900
San Francisco, CA 94105
Telephone: (415) 438-6469
micah.chavin@foley.com

Katy Koski (*pro hac vice*)
Lea Gulotta James (*pro hac vice*)
FOLEY & LARDNER LLP
111 Huntington Avenue, Suite 2500
Boston, MA 02199
Telelephone: (617)794-8014
kkoski@foley.com
ljames@foley.com

*Attorneys for Defendants*
*AIOS INC. d/b/a FELLA HEALTH AND*
*DELILAH, FELLA MEDICAL GROUP P.A., AND*
*FELLA MEDICAL GROUP P.C.*

4

**JOINT STIPULATION TO CONTINUE HEARING**          **CASE NO. 4:25-CV-03535-HSG**
**RE DEFENDANTS' MOTION TO DISMISS**