FILED
OCT 08 2026
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

To: Honorable Trina Thompson,
Fm: Rickey Reed Case # 26-cv-03535-TLT

On July 9, 2026 I was notified with order Denying Leave to proceed in Forma Pauperis.

On July 15, 2026, I sent the District Court an institutional check to pay my Filing Fee in Full. (Copy of Reciept inclosed) This check was sent within my 14 day deadline.

On August 19, 2026, I recieved a notice informing me that my filing fee was not recieved and my petition was Dismissed. I believe this order of Dismissal is in error.

Please re-instate my petition so I can move Forward. Thank you!

Date: 8/26/2026

Rickey Reed
Rickey Reed

Re-Submitted on
Date: 10/1/2026

Rickey Reed

AM0265-REED, RICKEY
A LA A2 227
40500 SH

198 - 1468749

OFFICE OF THE CLERK, U.S.
DISTRICT COURT NORTHERN
450 GOLDEN GATE AVE.
SAN FRANCISCO, CA 94102

07/15/2026

$**405.00**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

RICKEY T. REED,
Plaintiff,

v.

EDWARD BORLA, et al.,
Defendants.

Case No. 26-cv-03535-TLT

**ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS*; DIRECTING PLAINTIFF TO PAY FULL FILING FEE**

Re: Dkt. No. 8

Reed's motion for leave to proceed *in forma pauperis* (IFP), Dkt. No. 8, is denied in light of his trust account balance. Dkt. No. 8, *see* 28 U.S. Code § 1915(b)(1). Reed is granted 14 days to pay the full filing fee of $405, including the $350 fee and $55 administrative fee, or the case will be dismissed without prejudice.

This order terminates docket number 8.

**IT IS SO ORDERED.**

Dated: July 9, 2026

TRINA L. THOMPSON
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY T. REED,<br>Plaintiff,<br>v.<br>EDWARD BORLA, et al.,<br>Defendants. | Case No. 26-cv-03535-TLT<br>**ORDER OF DISMISSAL**<br>ECF 11 |

On July 9, 2026, the Court denied plaintiff's motion to proceed *in forma pauperis* (IFP) and directed plaintiff to pay the full filing fee within 14 days or the case would be dismissed without prejudice. Dkt. No. 11. That deadline has passed, and plaintiff has not paid the full filing fee. This action is therefore DISMISSED. The clerk shall terminate all pending motions, enter judgment for defendant, and close the file.

**IT IS SO ORDERED.**

Dated: August 19, 2026

TRINA L. THOMPSON
United States District Judge

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICKEY T. REED,

Plaintiff,

v.

EDWARD BORLA, et al.,

Defendants.

Case No. 26-cv-03535-TLT

**JUDGMENT**

For the reasons identified in the order of dismissal, judgment is hereby entered in favor of defendants and against plaintiff.

**IT IS SO ORDERED.**

Dated: August 27, 2026

TRINA L. THOMPSON
United States District Judge

United States District Court
Northern District of California